IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREY HOLLINQUEST,<br><br>　　　　Petitioner,<br><br>　v.<br><br>G.D. LEWIS, Warden,<br><br>　　　　Respondent. | No. C 12-1347 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

　　　Petitioner, a California prisoner proceeding pro se, filed this habeas action on March 16, 2012. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not respond to the deficiency notice within thirty days. No response has been received, and the filing fee has not been paid. Accordingly, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

　　　The Clerk shall enter judgment and close the file.

　　　IT IS SO ORDERED.

DATED: April 26, 2012

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

```
 1                          UNITED STATES DISTRICT COURT
 2                                      FOR THE
 3                         NORTHERN DISTRICT OF CALIFORNIA
 4
 5
 6   KOREY HOLLINQUEST,                        Case Number: CV12-01347 JSW
 7              Plaintiff,                     CERTIFICATE OF SERVICE
 8       v.
 9   G D LEWIS et al,
10              Defendant.
                                          /
11
12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
13
     That on April 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15   receptacle located in the Clerk's office.
16
17
     Korey Hollinquest G53752
18   Pelican Bay State Prison
     P.O. Box 7500
19   Crescent City, CA 95532
                                                 Jennifer Ottolini
20   Dated: April 26, 2012
                                                 Richard W. Wieking, Clerk
21                                               By: Jennifer Ottolini, Deputy Clerk
22
23
24
25
26
27
28
```